USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 25 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
KNOWYOURMEME.COM NETWORK, and
PALISADES CAPITAL, INC.,

                 Plaintiff,

    -against-

JACOB NIZRI, WE ENDEAVOR LTD, and
LITERALLY MEDIA LTD.,

                 Defendants.
------------------------------------x

ORDER

20 Civ. 9869 (GBD)

GEORGE B. DANIELS, United States District Judge:

The March 18, 2021 initial conference is adjourned to May 6, 2021 at 9:30 a.m.

Dated: February 25, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge