**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

KNOWYOURMEME.COM NETWORK, and
PALISADES CAPITAL, INC.,

                Plaintiff,

      -against-

JACOB NIZRI, WE ENDEAVOR LTD, and
LITERALLY MEDIA LTD.,

                Defendants.

------------------------------------- x



ORDER

20 Civ. 9869 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The May 6, 2021 initial conference is hereby cancelled, in light of this Court's referral to Magistrate Judge Cott for General Pretrial and Dispositive Motions.

Dated: March 25, 2021
       New York, New York

                                    SO ORDERED.

                                    GEORGE B. DANIELS
                                    United States District Judge