```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KNOWYOURMEME.COM NETWORK,           :
*et al.*,                                                         :
                                                                      :
        Plaintiffs,           :    **ORDER**
                                                                      :
   -v-                                             :    20-CV-9869 (GBD) (JLC)
                                                                      :
JACOB NIZRI, *et al.*,                                  :
                                                                      :
        Defendants.         :
-------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

On November 30, 2020, Defendants filed a motion to dismiss. Dkt. No. 5. On December 21, 2020, Plaintiffs filed a motion to remand to state court in which they also requested a stay of Defendants' motion to dismiss. Dkt. No. 11. Briefing on the motion to remand was completed on January 20, 2021. Dkt. No. 19. Plaintiffs also filed a motion to amend their complaint on February 15, 2021 (Dkt. No. 20), which was fully briefed on March 17, 2021. Dkt. No. 38. Judge Daniels has now referred this case to me for general pretrial supervision, including dispositive motions. Dkt. No. 42. Having preliminarily reviewed the pending motions, and in order to prepare a report and recommendation that addresses all of the issues in the case, the Court hereby denies Plaintiffs' request to stay briefing on the motion to dismiss until the motion to remand is adjudicated. Plaintiffs are accordingly directed to file their opposition to the motion to dismiss by **April 27, 2021**. Defendants should file any reply on or before **May 4, 2021**. In light of the pending motions, the May 6

1

conference is adjourned *sine die*. Finally, in light of the parties' representations in their status letter, it does not appear that a settlement conference with the Court would be a useful exercise at this time, and so no such conference will be scheduled.

    **SO ORDERED.**

Dated: April 13, 2021
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge