UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KNOWYOURMEME.COM NETWORK, and
PALISADES CAPITAL, INC.,

                      Plaintiffs,                20 **CIVIL** 9869 (GBD) (JLC)

    -against-                        **JUDGMENT**

JACOB NIZRI, WE ENDEAVOR LTD, and
LITERALLY MEDIA LTD.,

                      Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated September 28, 2021, Magistrate Judge Cott's Report is adopted. Defendant's motion to dismiss under the doctrine of forum non conveniens, (ECF No. 5), is granted. Defendants' motion to dismiss for failure to prosecute, (ECF No. 55), is denied as moot. Plaintiffs' motion to remand, (ECF No. 11), is denied. Plaintiffs' motion to amend the complaint to add non-diverse parties, and motion to leave to submit a sur-reply, (ECF Nos. 62,63), are denied; accordingly, this case is closed.

**Dated:** New York, New York
        September 29, 2021

                                                          **RUBY J. KRAJICK**
                                                          Clerk of Court
                                           BY:
                                                            Deputy Clerk