UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KNOWYOURMEME.COM NETWORK, and
PALISADES CAPITAL, INC.,

                Plaintiffs,

– against –

JACOB NIZRI, WE ENDEAVOR LTD,
LITERALLY MEDIA LTD, MINDAD INC.,
MINDAD DIGITAL LTD., ELIA MEDIA LTD.,
ORI ELRAVIV and DOES 1 through 20,

                Defendants.

Civil Action No. 20-CV-9869(GBD)

## DECLARATION OF ROBERT S. BERNSTEIN
### IN OPPOSITION TO PLAINTIFFS' FRCP 60(B) MOTION

I, Robert S. Bernstein, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am an attorney duly admitted to practice before this Court, and a partner of Holland & Knight LLP, attorneys for the Defendants in the captioned action.

2.    I submit this declaration in opposition to Plaintiffs' purported motion for relief pursuant to FRCP Rule 60(b) from the Court's September 28, 2021 Judgment (Document 75) which dismissed the captioned action on the basis of *forums non conviens*.

3.    In brief, it is respectfully submitted that Plaintiffs' motion (the "Motion") should be denied as: (i) untimely; (ii) unsupported by any admissible evidence; and (iii) otherwise defective.

4.    The Motion should be denied as untimely on its face as it is brought nearly three (3) years after the issuance of the September 28, 2021 Judgment from which relief is sought.

5.    Furthermore, the Motion is substantially similar to Plaintiffs' October 27, 2023 Petition for Panel Rehearing and Rehearing En Banc (Document 123) which also sought to revisit the Court's September 28, 2021 Judgment on the basis of war in Israel.

6.    That petition was denied on November 27, 2023 (Document 135), just as the instant motion should be.

7.    Among other deficiencies, Plaintiffs have provided no credible, admissible evidence in support of their motion. This is underscored by the fact that the supporting declaration of counsel for Plaintiffs, Alfred C. Constants III, Esq. (Document 84-2) consists of two (2)

numbered paragraphs that do not contain any facts despite referencing the non-existent "facts set forth below".

8. Instead, the Motion appears to rely almost entirely on cited media reports and unverified quotes contained therein.

9. Even Plaintiffs' Memorandum of Points and Authorities is unsigned and incomplete in that it is missing the page(s) following page 17.

10. In sum, Plaintiffs have not made any reasonable showing that applying the subject judgment is no longer equitable. They have not even attempted to argue that they are unable, from the safety of the United States, to retain counsel in Israel to prosecute their claims. Upon information and belief, Israeli courts can allow a non-resident party to a lawsuit in Israel to testify and otherwise participate from abroad by video conference.

11. Based on the foregoing, Plaintiffs' motion should be denied in its entirety.

**I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 15th day of August, 2024.**

HOLLAND & KNIGHT LLP

Robert S. Bernstein, Esq.

787 Seventh Avenue
New York, New York 10019
Telephone: (212) 513-3427
Email: rob.bernstein@hklaw.com

Attorneys for Defendants